UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**BRANDON BRUE (#507020)**

**VERSUS**

**BURL CAIN, WARDEN**

CIVIL ACTION

NO. 13-60-JWD-RLB

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 16, 2016, to which an objection was filed:

**IT IS ORDERED** that the petitioner's application for habeas corpus relief is denied and that this proceeding is dismissed.

**IT IS FURTHER ORDERED** that in the event that the petitioner pursues an appeal in this case, a certificate of appealability is granted with regard to the issue whether the admission of the handwritten statement purportedly made by Yarnell Brue may be seen to have been error of such magnitude as to result in "grave doubt" that the error was not harmless in light of the totality of the evidence at trial.

Signed in Baton Rouge, Louisiana, on March 11, 2016.

```
                               _____
                               JUDGE JOHN W. deGRAVELLES
                               UNITED STATES DISTRICT COURT
                               MIDDLE DISTRICT OF LOUISIANA
```